UNITED STATES DISCRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN ARROYO, a minor by his Parents and ) <br> Next Friends, CARLOS ARROYO and MARIA ) <br> SOLARZANO, and CARLOS ARROYO and ) <br> MARIA SOLARZANO, Individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | NO: 07 C 4912 <br><br> JUDGE ST. EVE |

PETITION FOR APPROVAL
OF PARTIAL SETTLEMENT
INVOVLING A MINOR'S ESTATE

NOW COME the Plaintiffs, by and through their attorneys, SALVI, SCHOSTOK & PRITCHARD P.C.; and respectfully petition this Court for approval of a partial settlement, dismissal of certain Defendants, and for a good faith finding regarding the settlement. In support, the Plaintiffs state as follows:

1. The lawsuit before this Court involves alleged medical negligence surrounding the birth of the minor Plaintiff, Christian Arroyo. It is further alleged that: Prior to labor and delivery, Christian's mother was colonized with Group Beta Strep (GBS). This went undiagnosed, and so prophylactic measures were not introduced to prevent the GBS passing to Christian. Shortly after the time of birth, Christian began to display signs and symptoms of GBS infection which went undiagnosed and untreated in a timely manner. The GBS infection then spread to Christian's brain resulting in profound brain damage.

2. In December 2005, a lawsuit was filed in the Circuit Court of Cook County, Illinois against Northwestern Memorial Hospital and certain physicians and nurses. It was subsequently discovered that certain of the Defendant physicians were employees of Erie Family Health Center, a federally funded clinic. So after exhaustion of administrative remedies, a second lawsuit was filed in Federal Court in August 2007. Attorneys for Northwestern Memorial Hospital subsequently petitioned this Court to intervene, and the state court case was removed by this Court.

3. All Defendants, including the settling Defendant, Northwestern Memorial Hospital, deny any negligence and deny any liability for the damages claimed.

4. A partial settlement has been entered into between the Plaintiffs and Defendant Northwestern Memorial Hospital, an Illinois Corporation, Northwestern Medical Faculty Foundation, Northwestern Memorial Physicians Group, including but not limited to its agents and/or employees Lisa Martin, MD and Virgil Reid, MD, in the amount of $6.5 million dollars. This includes a structured settlement costing $1 million dollars with an expected lifetime payout exceeding $10 million dollars. A copy of the structured settlement agreement is attached as Exhibit A.

5. The only lien known to exist in this case is from the Illinois Department of Health and Family Services ,and the Plaintiffs and IDHFS have agreed to settle this lien in the amount of $135,000. Attached as Exhibit B is a copy of the signed agreement to settle this lien.

6. The parents of Christian Arroyo have met with representatives from The Harris Bank in Chicago who specialize in managing the funds of injured minors such as Christian

Arroyo. It is the intent of the parents to ask the Probate Court in Lake County, Illinois to appoint Harris Bank as the Guardian of the Estate.

7. Attached as Exhibit C is the sworn Affidavit of David J. Pritchard, the lead attorney representing the Plaintiffs in this case. This Affidavit both verifies that the facts set forth in this Petition as true, and also recommends the settlement as proposed.

WHEREFORE, Plaintiffs pray for an order in accordance with this Petition.

Respectfully submitted,

_____
David J. Pritchard
Patrick A. Salvi, II
Salvi, Schostok & Pritchard P.C.
218 N. MLK Jr. Avenue
Waukegan, Illinois 60085
847.249.1227



# RINGLER ASSOCIATES™
## STRUCTURED SETTLEMENTS

John Harris

Claimant: Christian Arroyo
Date of Birth: May 17, 2003
Normal Life Expectancy: 74 years
Quote Date: 5/12/2009

| PROGRAM BENEFIT | COST | GUARANTEED PAYOUT | EXPECTED LIFETIME PAYOUT |
|---|---|---|---|
| 1. Lifetime Quarterly Income: $10,274.55 per quarter for the life of Christian Arroyo, guaranteed for 30 years, beginning 1 month from purchase date, increasing at a rate of 3% compounding annually. | $1,000,000.00 | $1,955,263.95 | $10,838,387.60 |
| Plan Total: | $1,000,000.00 | $1,955,263.95 | $10,838,387.60 |



EXHIBIT A

The above illustration is a proposal only and is not to be construed as a contract or guarantee of payments.

603 W. Lumsden Road | Brandon, FL 33511 | Tel 813.689.5580 | 877.565.8644 | Fax 813.689.5969

## PROJECTION OF FUTURE PERIODIC PAYMENTS
### For: Christian Arroyo
### DOB: May 17 2003

| YEAR | Income Tax Free Lifetime Benefit | Annual Total | Cumulative Total |
|---|---|---|---|
| 1 | 10,274.55 | 41,098.20 | 41,098.20 |
| 2 | 10,582.79 | 42,331.15 | 83,429.35 |
| 3 | 10,900.27 | 43,601.08 | 127,030.43 |
| 4 | 11,227.28 | 44,909.11 | 171,939.54 |
| 5 | 11,564.10 | 46,256.39 | 218,195.93 |
| 6 | 11,911.02 | 47,644.08 | 265,840.00 |
| 7 | 12,268.35 | 49,073.40 | 314,913.40 |
| 8 | 12,636.40 | 50,545.60 | 365,459.01 |
| 9 | 13,015.49 | 52,061.97 | 417,520.98 |
| 10 | 13,405.96 | 53,623.83 | 471,144.80 |
| 11 | 13,808.14 | 55,232.54 | 526,377.35 |
| 12 | 14,222.38 | 56,889.52 | 583,266.87 |
| 13 | 14,649.05 | 58,596.21 | 641,863.08 |
| 14 | 15,088.52 | 60,354.09 | 702,217.17 |
| 15 | 15,541.18 | 62,164.72 | 764,381.88 |
| 16 | 16,007.41 | 64,029.66 | 828,411.54 |
| 17 | 16,487.64 | 65,950.55 | 894,362.09 |
| 18 | 16,982.27 | 67,929.06 | 962,291.15 |
| 19 | 17,491.73 | 69,966.93 | 1,032,258.08 |
| 20 | 18,016.49 | 72,065.94 | 1,104,324.02 |
| 21 | 18,556.98 | 74,227.92 | 1,178,551.95 |
| 22 | 19,113.69 | 76,454.76 | 1,255,006.70 |
| 23 | 19,687.10 | 78,748.40 | 1,333,755.11 |
| 24 | 20,277.71 | 81,110.85 | 1,414,865.96 |
| 25 | 20,886.04 | 83,544.18 | 1,498,410.14 |
| 26 | 21,512.63 | 86,050.50 | 1,584,460.64 |
| 27 | 22,158.00 | 88,632.02 | 1,673,092.66 |
| 28 | 22,822.74 | 91,290.98 | 1,764,383.64 |
| 29 | 23,507.43 | 94,029.71 | 1,858,413.35 |
| 30 | 24,212.65 | 96,850.60 | 1,955,263.95 |
| 31 | 24,939.03 | 99,756.12 | 2,055,020.07 |
| 32 | 25,687.20 | 102,748.80 | 2,157,768.87 |
| 33 | 26,457.82 | 105,831.27 | 2,263,600.14 |
| 34 | 27,251.55 | 109,006.20 | 2,372,606.34 |
| 35 | 28,069.10 | 112,276.39 | 2,484,882.73 |
| 36 | 28,911.17 | 115,644.68 | 2,600,527.41 |
| 37 | 29,778.51 | 119,114.02 | 2,719,641.44 |
| 38 | 30,671.86 | 122,687.44 | 2,842,328.88 |
| 39 | 31,592.02 | 126,368.07 | 2,968,696.94 |
| 40 | 32,539.78 | 130,159.11 | 3,098,856.05 |
| 41 | 33,515.97 | 134,063.88 | 3,232,919.93 |
| 42 | 34,521.45 | 138,085.80 | 3,371,005.73 |
| 43 | 35,557.09 | 142,228.37 | 3,513,234.10 |
| 44 | 36,623.81 | 146,495.22 | 3,659,729.33 |

* Life Expectancy based on the normal life expectancy of the named claimant

Projectedpayout

# PROJECTION OF FUTURE PERIODIC PAYMENTS
## For: Christian Arroyo
## DOB: May 17 2003

| YEAR | Income Tax Free Lifetime Benefit | Annual Total | Cumulative Total |
|---|---|---|---|
| 45 | 37,722.52 | 150,890.08 | 3,810,619.41 |
| 46 | 38,854.20 | 155,416.78 | 3,966,036.19 |
| 47 | 40,019.82 | 160,079.29 | 4,126,115.48 |
| 48 | 41,220.42 | 164,881.66 | 4,290,997.14 |
| 49 | 42,457.03 | 169,828.11 | 4,460,825.25 |
| 50 | 43,730.74 | 174,922.96 | 4,635,748.21 |
| 51 | 45,042.66 | 180,170.65 | 4,815,918.86 |
| 52 | 46,393.94 | 185,575.77 | 5,001,494.62 |
| 53 | 47,785.76 | 191,143.04 | 5,192,637.66 |
| 54 | 49,219.33 | 196,877.33 | 5,389,514.99 |
| 55 | 50,695.91 | 202,783.65 | 5,592,298.64 |
| 56 | 52,216.79 | 208,867.16 | 5,801,165.80 |
| 57 | 53,783.29 | 215,133.17 | 6,016,298.97 |
| 58 | 55,396.79 | 221,587.17 | 6,237,886.14 |
| 59 | 57,058.70 | 228,234.78 | 6,466,120.93 |
| 60 | 58,770.46 | 235,081.83 | 6,701,202.76 |
| 61 | 60,533.57 | 242,134.28 | 6,943,337.04 |
| 62 | 62,349.58 | 249,398.31 | 7,192,735.35 |
| 63 | 64,220.07 | 256,880.26 | 7,449,615.61 |
| 64 | 66,146.67 | 264,586.67 | 7,714,202.28 |
| 65 | 68,131.07 | 272,524.27 | 7,986,726.55 |
| 66 | 70,175.00 | 280,700.00 | 8,267,426.54 |
| 67 | 72,280.25 | 289,121.00 | 8,556,547.54 |
| 68 | 74,448.66 | 297,794.63 | 8,854,342.17 |
| 69 | 76,682.12 | 306,728.46 | 9,161,070.63 |
| 70 | 78,982.58 | 315,930.32 | 9,477,000.95 |
| 71 | 81,352.06 | 325,408.23 | 9,802,409.18 |
| 72 | 83,792.62 | 335,170.48 | 10,137,579.65 |
| 73 | 86,306.40 | 345,225.59 | 10,482,805.24 |
| 74 | 88,895.59 | 355,582.36 | 10,838,387.60 |

* Life Expectancy based on the normal life expectancy of the named claimant

Projectedpayout

MAY-14-2009 10:06 From:SALVI SCHOSTOK    312 372 3720    To:3127938169    P.2/2

CHICAGO  WAUKEGAN

**SALVI, SCHOSTOK & PRITCHARD P.C.**
**LAW OFFICES**

www.salvilaw.com

May 12, 2009

<u>VIA FACSIMILE:</u>    <u>312-793-8169</u>
<u>And U.S. MAIL</u>
Frank P. Gorg, Jr.
Bureau of Collections
Technical Recovery Section
32 W. Randolph, 13th Floor
Chicago, IL 60601-3412

RE:    Solorzano, Maria
    Case No.:        93-233-0000E36274
    Date of Accident:    May 17, 2003
    Injured Party:        Arroyo, Christian

Dear Mr. Gorg:

This letter will confirm our conversation regarding settlement of the lien held by Public Aid. As we discussed, our firm will pay to the Illinois Department of Healthcare and Family Services a total of $135,000.00 as settlement of the lien. We are in the process of distributing monies from the settlement in this lawsuit. Once these funds are available, we will send you a check in the amount listed above.

Also, per our discussion, I have included an attestation line below for you to sign. At your earliest convenience, please confirm the above and sign on the attestation line below. Please return this to me via facsimile at 312-372-3720.

Thank you for your anticipated cooperation with this request. I will be in touch in the near future.

Sincerely,

SALVI, SCHOSTOK & PRITCHARD, P.C.

Patrick A. Salvi, II

Signed: _Frank P. Gorg, Jr._____

Dated: _May 14, 2009_____

PS:jt

181 W. MADISON, SUITE 3800    CHICAGO, ILLINOIS 60602
TEL. (312) 372-1227    TOLL FREE (877) 372-1227    FAX (312) 372-3720

EXHIBIT B

UNITED STATES DISCRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTIAN ARROYO, a minor by his Parents and )
Next Friends, CARLOS ARROYO and MARIA )
SOLARZANO, and CARLOS ARROYO and )
MARIA SOLARZANO, Individually, )
                                                             )     NO:   07 C 4912
                        Plaintiffs,      )
                                                            )     JUDGE ST. EVE
v.                                                            )
                                                            )
UNITED STATES OF AMERICA,         )
                                                            )
                        Defendant.    )

### AFFIDAVIT OF ATTORNEY

NOW COMES David J. Pritchard; and states the following under oath:

1.     This Affidavit is made of my personal knowledge.

2.     I am the attorney primarily responsible for the prosecution of this lawsuit on behalf of the Plaintiffs. As such, I am familiar with all of the facts and circumstances of this case. I have reviewed the facts set forth in the Petition for Partial Settlement, and they are true and accurate to the best of my knowledge.

                                                    _____
                                                                       David J. Pritchard
                                                    SALVI, SCHOSTOK & PRITCHARD P.C.
                                                    218 North Martin Luther King Jr. Avenue
                                                                 Waukegan, Illinois 60085
                                                                           847.249.1227

Subscribed and Sworn to before me
on May 15, 2009.

_____
Notary Public

OFFICIAL SEAL
SHERI MCDONALD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/11/09



EXHIBIT C